Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MANN,<br><br>Defendant. | NO. CR18-223 RSM<br><br>ORDER GRANTING MOTION TO SEAL EXHIBITS A & B TO GOVERNMENT'S PRE-HEARING BRIEF AND DISPOSITION MEMORANDUM |

This matter has come before the Court on the motion to seal Exhibits A & B to Government's Pre-Hearing Brief and Disposition Memorandum. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of Exhibits A & B to Government's Pre-Hearing Brief and Disposition Memorandum, due to the sensitive information contained therein.

//

//

//

1    IT IS HEREBY ORDERED that Exhibits A & B to Government's Pre-Hearing

2  Brief and Disposition Memorandum be filed under seal.

3

4    DATED this 14th day of March 2022.

5

6

7

8  RICARDO S. MARTINEZ
   CHIEF UNITED STATES DISTRICT JUDGE

9

10

11  Presented by:

12  */s/ Cecelia Y. Gregson*
13  CECELIA Y. GREGSON
14  Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Government's Order to Seal - 2
*United States v. Mann,* CR18-223 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Government's Order to Seal - 3
*United States v. Mann*, CR18-223 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970