THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR18-223-RSM |
| Plaintiff, ) | |
| ) | ORDER FOR TERMINATION OF |
| v. ) | SUPERVISED RELEASE |
| ) | |
| MICHAEL H. MANN, ) | |
| Defendant. ) | |

THE COURT has considered Michael H. Mann's motion to terminate his remaining period of supervised release, the records in this case, and the factors set forth in 18 U.S.C. § 3553(a).

IT IS ORDERED that Michael H. Mann's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

DATED this 18th day of November 2024.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Greg Murphy*
Assistant Federal Public Defender
Attorney for Michael H. Mann

ORDER FOR TERMINATION OF
SUPERVISED RELEASE
(*U.S. v. Mann*, CR18-223-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100